**Order entered January 2, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01536-CV

## IN THE INTEREST OF A.P., M.P., N.J., F.J., AND A.J., CHILDREN

**On Appeal from the County Court**
**Kaufman County, Texas**
**Trial Court Cause No. 100802CC**

## ORDER

This termination of parental rights is an accelerated appeal. The notice of appeal was filed December 13, 2019, making the record due December 23, 2019. *See* TEX. R. APP. P. 35.1(b). On December 30, 2019, court reporter Kelly Simmons notified the Court she reported the trial on dates September 16 through September 18, 2019, and that Sharron Rankin reported the remainder of the trial. Ms. Simmons then filed a request for a forty-five day extension of time to file the reporter's record.

We **GRANT** the request to the extent we **ORDER** the complete reporter's record filed by **January 10, 2020**. We caution Ms. Simmons and Ms. Rankin that the failure to file the complete reporter's record by that date may result in the Court taking whatever steps it has available to ensure this appeal proceeds in a timely and expeditious manner which may include ordering the court reporters not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tracy Gray, Presiding Judge, County Court at Law; Shelly Etheridge, official court reporter; Kelly Simmons; deputy court reporter; Sharron Rankin, court reporter; and counsel for all parties.

/s/    KEN MOLBERG
         JUSTICE